**United States District Court**
For the Northern District of California

1

2

3

4            UNITED STATES DISTRICT COURT

5            NORTHERN DISTRICT OF CALIFORNIA

6

7    MARC OLIN LEVY,                              No. C10-5115 JCS

8              Plaintiff,

                                                 **SUA SPONTE JUDICIAL REFERRAL**
9         v.                                      **FOR PURPOSES OF DETERMINING**
                                                 **RELATIONSHIP OF CASES**
10   TELECARE CORPORATION,

11             Defendant.
                                          /
12

13        Pursuant to Civil Local Rule 3-12 (c), the Court ORDERS that the above-captioned case is

14   referred to Judge Donna Ryu to determine whether it is related to *Levy v. State of California*, Case

15   No. C10-05113 DMR.

16        IT IS SO ORDERED.

17

18   Dated:   November 24, 2010

19

20                                        _____
                                          Joseph C. Spero
21                                        United States Magistrate Judge

22

23

24   cc: Judge Donna Ryu

25

26

27

28